CO-386-online
10/03

# United States District Court
# For the District of Columbia

CH2M HILL CONSTRUCTORS, INC. )
9191 S. Jamaica St. )
Englewood, CO 80112-5946 )
(PETITIONER) )
                          Plaintiff )    Civil Action No._____
   vs )
                           )
Washington Division of URS Corporation )
(RESPONDENT) )
                          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___CH2M Hill Constructors, Inc.___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___CH2M Hill Constructors, Inc.___ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Signature
Attorney of Record

343400
BAR IDENTIFICATION NO.

Jerry Stouck
Print Name

Greenberg Traurig LLP, 2101 L St, NW, Suite 1000
Address

Washington, DC 20037
City      State      Zip Code

(202) 331-3100
Phone Number