IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CH2M HILL CONSTRUCTORS, INC.,
9191 S. Jamaica St.
Englewood, CO 80112-5946
Tel: (303) 771-0900
Fax: (720) 286-9250

        Petitioner,

vs.

WASHINGTON GROUP INTERNATIONAL, INC.,

        Respondent.

Case No.

**NOTICE OF PETITIONER CH2M HILL CONSTRUCTORS, INC.'S PETITION FOR ORDER COMPELLING ARBITRATION AND APPOINTING ADRIAN L. BASTIANELLI , III, ESQ. AS THE ARBITRATOR**

To:    Washington Division of URS Corporation
        c/o Registered Agent:
        C T Corporation System
        111 Eighth Avenue
        New York, NY 10011

NOTICE IS HEREBY GIVEN THAT pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2 *et seq.*, Petitioner CH2M Hill Constructors, Inc. ("Petitioner") will and hereby does petition the Court for an order (1) compelling Respondent Washington Group International, Inc., now the Washington Division of the URS Corporation ("Respondent"), to arbitrate a fee dispute between Petitioner and Respondent, in accordance with an arbitration provision in a mediation agreement between Petitioner and Respondent; and (2) appointing Adrian L. Bastianelli, III, Esquire as the arbitrator of the aforementioned dispute.

1 | Dated: June 13, 2008

By: [signature]
Jerry Stouck, D. C. Bar No. 343400
Larry D. Harris, D.C. Bar No. 309310
Greenberg Traurig, LLP
2101 L. Street, N.W., Suite 1000
Washington, D.C. 20037
202.331.3100

Attorneys for Petitioner
CH2M HILL CONSTRUCTORS, INC.

Of Counsel:

Deborah S. Ballati
Farella Braun & Martell, LLP
235 Montgomery Street, Suite 3000
San Francisco, California 941074
415.954.4400

Attorney for Petitioner
CH2M HILL CONSTRUCTORS, INC.

23314\1610185.1