IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CH2M HILL CONSTRUCTORS, INC., <br><br> Petitioner, <br><br> vs. <br><br> WASHINGTON GROUP INTERNATIONAL, INC., <br><br> Respondent. | Case No. 1:08-cv-01016 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Petitioner CH2M Hill Constructors, Inc., by and through its undersigned Counsel, hereby submits this notice of dismissal without prejudice of its Petition for Order Compelling Arbitration and Appointing Adrian L. Bastianelli, Esq., as the Arbitrator.

Dated: June 20, 2008    Respectfully submitted,

By: _____/s/ Jerry Stouck_____
Jerry Stouck (D.C. Bar No. 343400)
Larry D. Harris (D.C. Bar No. 309310)
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC  20037
Telephone:    (202) 331-3100
Facsimile:     (202) 331-3101


Attorneys for Petitioner
CH2M HILL CONSTRUCTORS, INC.



Of Counsel:

Deborah S. Ballati
Farella Braun + Martel LLP
235 Montgomery Street, Suite 3000
San Francisco, California 94104
(415) 954-4400


Attorney for Petitioner
CH2M HILL CONSTRUCTORS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing **Notice of Dismissal Without Prejudice** was mailed by Federal Express, this 20th day of June, 2008 to:

Washington Division of URS Corporation
c/o Registered Agent:
CT Corporation System
111 Eighth Avenue
New York, NY 10011

Daniel E. Johnson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006-1108

                                              /s/ Jerry Stouck
                                              Jerry Stouck

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CH2M HILL CONSTRUCTORS, INC.,
9191 S. Jamaica St.
Englewood, CO 80112-5946
Tel: (303) 771-0900
Fax: (720) 286-9250

      Petitioner,

vs.

WASHINGTON GROUP
INTERNATIONAL, INC.,

      Respondent.

Case No. 1:08-cv-01016

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Petitioner CH2M Hill Constructors, Inc.'s Notice of Dismissal Without Prejudice of its Petition for Order Compelling Arbitration and Appointing Adrian L. Bastianelli, Esq., as the Arbitrator, it is hereby ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE.

_____
Hon. Ellen S. Huvelle